■ In the Matter of CITY OF NEW YORK et al., Petitioners, v NEW YORK CITY CIVIL SERVICE COMMISSION et al., Respondents. [4 NYS3d 523]—Determination of respondent New York City Civil Service Commission, dated December 5, 2012, which, after a hearing, reversed the determination of petitioner Commissioner of the Department of Citywide Administrative Services that respondent Patricia V. Walker was unqualified for the examination for Principal Administrative Associate, unanimously confirmed, the petition denied, and the proceeding brought pursuant to CPLR article 78 (transferred to this Court by order of Supreme Court, New York County [Shlomo Hagler, J.], entered Sept. 18, 2013), dismissed, without costs.

The determination is supported by substantial evidence (*see*

*generally 300 Gramatan Ave. Assoc. v State Div. of Human Rights*, 45 NY2d 176, 180-181 [1978]). The evidence presented by respondent Walker at the hearing demonstrated that she possessed the requisite supervisory and/or administrative experience to qualify for the examination for the position of Principal Administrative Associate. Concur—Gonzalez, P.J., Mazzarelli, Saxe, Manzanet-Daniels and Clark, JJ.